(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Joseph Frasure, et. al.

**Plaintiff(s)**                        **Case No.**

City of Wyoming, et al.

vs.

**Defendants(s)**

## APPLICATION/ MOTION TO PROCEED
## WITHOUT PREPAYMENT OF FEES
## (IN FORMA PAUPERIS)
## AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions:** In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.

I. Are you employed?  Yes____  No ✓
   A. If you answered "Yes":
      (1) What is the name and address of your employer
      _____
      _____
      (2) How much do you earn per month?
      _____

   B. If you answered "No"
      (1) Have you ever been employed?  Yes ✓  No____
      If yes, what was the last year and month you were employed? 5/2022
      How much did you earn a month? 2000.00

II. What is your marital status?
    Single____  Married ✓  Widowed____  Divorced____
    A. If you answered "Married":
       (1) Is your spouse employed? Yes ✓  No____
       If yes, how much does your spouse earn each month?
       $ 2000.00

III. Do you have any dependents?  Yes ✓  No____
     If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

     | Name | Relationship | Amount |
     |------|--------------|--------|
     | A— F— | daughter age 9 | 100% |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?  Yes____  No ✓
    A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

    | Source | Amount | Source | Amount |
    |--------|--------|--------|--------|
    |        | $      |        | $      |
    |        | $      |        | $      |
    |        | $      |        | $      |

-2-

V. Do you have any cash on hand or money in a savings, checking, or other account?
    Yes____    No ✓

   A. If you answered "Yes", state the combined total amount:
      $_____.

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
    Yes ✓    No____
   A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| primary residence | $70,000.00 | | $ |
| automobile | $3000.00 | | $ |
| | $ | | $ |
| | $ | | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

VIII. State your address and telephone number where the Court can reach you.
   222 Water Street
   Lawrenceburg, IN 47025
   812 655 2065

I declare under penalty of perjury that the above information is true and correct.

2/12/2024            Lisa Fischer
   Date                Signature of Applicant

(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Joseph Frasure, et. al.

**Plaintiff(s)**    **Case No.**

City of Wyoming, et. al.

vs.

**Defendants(s)**

**APPLICATION/ MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES
(IN FORMA PAUPERIS)
AND AFFIDAVIT IN SUPPORT THEREOF**

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

**I. Are you employed?**  Yes____  No ✓
   A. If you answered "Yes":
     (1) What is the name and address of your employer
     _____
     _____

     (2) How much do you earn per month?
     _____

   B. If you answered "No"
     (1) Have you ever been employed?  Yes ✓  No____
     If yes, what was the last year and month you were employed? __07/2022__
     How much did you earn a month? __$2000.00__

**II. What is your marital status?**
   Single____  Married ✓  Widowed____  Divorced____
   A. If you answered "Married":
     (1) Is your spouse employed?  Yes____  No____
     If yes, how much does your spouse earn each month?
     $__Seperated from spouse for 10 years__

**III. Do you have any dependents?**  Yes____  No ✓
   If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
| | | |
| | | |
| | | |

**IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?**  Yes____  No ✓
   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**V. Do you have any cash on hand or money in a savings, checking, or other account?**
Yes_____ No_✓_

  A. If you answered "Yes", state the combined total amount:
  $_____.

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**
Yes_____ No_✓_

  A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |

**VIII. State your address and telephone number where the Court can reach you.**

2182 Bamberry Dr.
Lawrenceburg, IN 47025
513 264 9307

I declare under penalty of perjury that the above information is true and correct.

2/12/2024
Date

_____
Signature of Applicant

-3-