(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Joseph Frasure, et. al.

**Plaintiff(s)**  **Case No.**

City of Wyoming, et al.

vs.

**Defendants(s)**

## APPLICATION/ MOTION TO PROCEED
## WITHOUT PREPAYMENT OF FEES
## (IN FORMA PAUPERIS)
## AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

I. Are you employed? Yes____ No__✓__
   A. If you answered "Yes":
      (1) What is the name and address of your employer

_____
_____

      (2) How much do you earn per month?

_____

   B. If you answered "No"
      (1) Have you ever been employed? Yes__✓__ No____
     If yes, what was the last year and month you were
     employed? __5/2022__
     How much did you earn a month? __2000.00__

II. What is your marital status?
   Single____ Married__✓__ Widowed____ Divorced____
   A. If you answered "Married":
     (1) Is your spouse employed? Yes__✓__ No____
     If yes, how much does your spouse earn each month?
     $ __2000.00__

III. Do you have any dependents? Yes__✓__ No____
   If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|---|---|---|
| A▇▇ F▇▇ | daughter age 9 | 100% |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source? Yes____ No__✓__
   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |

V. Do you have any cash on hand or money in a savings, checking, or other account?
  Yes_____  No ✓

  A. If you answered "Yes", state the combined total amount:
    $_____.

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
  Yes ✓  No_____
  A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| primary residence | $70,000.00 | | $ |
| automobile | $2000.00 | | $ |
| | $ | | $ |
| | $ | | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

VIII. State your address and telephone number where the Court can reach you.

222 Water Street
Lawrenceburg, IN 47025
812 655 2065

I declare under penalty of perjury that the above information is true and correct.

2/12/2024        Lisa Fischer
Date             Signature of Applicant

(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Joseph Frasure, et. al.

**Plaintiff(s)**            **Case No.**

City of Wyoming, et. al.

**vs.**

**Defendants(s)**

**APPLICATION/ MOTION TO PROCEED
WITHOUT PREPAYMENT OF FEES
(IN FORMA PAUPERIS)
AND AFFIDAVIT IN SUPPORT THEREOF**

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

I. Are you employed?  Yes____  No ✓
   A. If you answered "Yes":
      (1) What is the name and address of your employer
      _____
      _____
      (2) How much do you earn per month?
      _____

   B. If you answered "No"
      (1) Have you ever been employed?  Yes ✓  No____
      If yes, what was the last year and month you were
      employed? _____ 07/2022
      How much did you earn a month? $2000.00

II. What is your marital status?
   Single____   Married ✓   Widowed____   Divorced____
   A. If you answered "Married":
      (1) Is your spouse employed?  Yes____  No____
      If yes, how much does your spouse earn each month?
      $ Separated from spouse for 10 years

III. Do you have any dependents?  Yes____  No ✓
   If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

   | Name | Relationship | Amount |
   |------|--------------|--------|
   |      |              |        |
   |      |              |        |
   |      |              |        |

IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?  Yes____  No ✓
   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

   | Source | Amount | Source | Amount |
   |--------|--------|--------|--------|
   |        | $      |        | $      |
   |        | $      |        | $      |
   |        | $      |        | $      |

V. Do you have any cash on hand or money in a savings, checking, or other account?
   Yes____   No ✓

   A. If you answered "Yes", state the combined total amount:
      $_____.

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
    Yes____   No ✓
    A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|----------|-------|----------|-------|
|          | $     |          | $     |
|          | $     |          | $     |
|          | $     |          | $     |
|          | $     |          | $     |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|----------|-------------|----------|-------------|
|          | $           |          | $           |
|          | $           |          | $           |
|          | $           |          | $           |
|          | $           |          | $           |

VIII. State your address and telephone number where the Court can reach you.

   2182 Bayberry Dr.
   Lawrenceburg, IN 47025
   513 264 9307

I declare under penalty of perjury that the above information is true and correct.

2/12/2024
Date

*[Signature]*
Signature of Applicant