**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| JOSEPH FRASURE, et al.,<br>    Plaintiff, | Case No. 1:24-cv-092 |
| vs. | Hopkins, J. |
| CITY OF WYOMING, et al.,<br>    Defendants. | **ORDER** |

This action is before the Court on plaintiffs' applications to proceed *in forma pauperis*. (Doc. 2). It appears from plaintiffs' motions that plaintiffs lack the funds to pay the costs or give security for such costs. The Court therefore **GRANTS** the motions and authorizes commencement of this action without prepayment of fees or costs.

**IT IS SO ORDERED**.

Date: 2/26/2024

Karen L. Litkovitz
United States Magistrate Judge