UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOSEPH FRASURE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF WYOMING, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-00092 <br><br> Judge Jeffery P. Hopkins |

### ORDER DENYING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE (DOC. 11)

Before the Court is the Motion for Summary Judgment filed by Plaintiffs Joseph Frasure and Lisa Fisher (Doc. 11) (the "Motion") filed on April 18, 2024. Under this Court's Standing Order Governing Civil Cases, "[m]otions for summary judgment shall not be filed before the close of discovery without leave of Court."[1]

Discovery in this case has not closed, and Plaintiffs have not sought leave of Court to file the Motion. Accordingly, the Motion is **DENIED** without prejudice to refiling either (1) after close of discovery or (2) after receiving leave of Court.

IT IS SO ORDERED.

Dated: April 18, 2024

Hon. Jeffery P. Hopkins
United States District Judge

---

[1] Hon. Jeffery P. Hopkins, *Standing Order Governing Civil Cases* at 6, https://www.ohsd.uscourts.gov/sites/ohsd/files//Civil%20Standing%20Order.pdf.